Dear honorable Chief Judge Howard,

My name is Wayne R. Leggett, I am the father of Jeremy W. Leggett. I am a disabled veteran of the US Navy for 20 years. I am also a retired ASE Certified mechanic of 18 years specializing in heavy duty transmission and rear differential repair in the Jacksonville area.

Jeremy is my son and was born while we were stationed in Guam. He was raised with one older sister and one older step brother and three older step sisters from his mother's previous marriage. He was diagnosed early with extreme ADHD, my wife, his sister and I all attended counseling as a family. His judgment is altered by his addiction for Alcohol and Other Drugs. As his dad I sure wish we could get him into a long-term treatment facility. I do not believe he is a danger to anyone but himself. His decisions are truly altered and he has never harmed a child that I know of and I believe this to be true or I would not be writing this letter. How he can be so inebriated he thinks of a 13-year-old can still give consent I do not know. He truly needs long-term treatment. We live in the middle of nowhere, in Coffeeville Alabama. He needs to attend a treatment facility after the long-term treatment. My wife and I are elderly.

As with many people these days and times he needs help from himself. I hope and pray you can furnish him with the treatment he needs rather than very lengthy sentence that will end any hope of saving him. What ever you can do will be greatly appreciated.

Thank you for all your help.

Wayne R. Leggett